*end motime*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    FILED

Oct 2  2 46 PM '03

ANTHONY OLIPHANT                    :    CIVIL NO. 3:02CV947 (PCD)

V.                                  :                NEW HAVEN, CONN.

JOHN ARMSTRONG, ET AL.              :    OCTOBER 2, 2003

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE TRIAL MEMORANDA

The defendants, John Armstrong et al hereby move for an enlargement of time until thirty days after a ruling on their attached motion to dismiss to file defendants' trial memoranda in this case.

In support of this motion the defendants submit the following;

1. This is the first enlargement of time submitted by defendants.

2. On June 4, 2003, the court granted defendants' motion for sanctions in part, ordering plaintiff to pay $999.40 to defendant's counsel within thirty days from the date of the order for plaintiff's failure to appear and/or cooperate in the taking of his deposition.

3. Plaintiff moved for reconsideration of the decision, which the court granted on July 22, 2003 but denied the relief requested.

4. To date, plaintiff has not tendered the $999.40 to defense counsel despite two court orders to do so.

5. Under D. Conn. L. Civ. R 16(g)(2) the clerk shall not accept any papers for filing from the plaintiff in this case because he has not paid the fine. Moreover, this court may bar the plaintiff from appearing in court.

*FILED Oct 16 3:39 PM '03 US DISTRICT COURT NEW HAVEN CONN*

*10/1(?)/03 — Granted*