FILED

UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT

2003 OCT 17 P 4: 05

US

| | | |
|---|---|---|
| Anthony Oliphant | : | **CIVIL NO.# 3:02 CV 947 (PCD)(JGM)** |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| John Armstrong, et. al. | : | |
| DEFENDANTS | : | October 15. 2003 |
| | : | |
| | : | |

### MOTION FOR ENLARGEMENT OF TIME TO FILE SECTION – A OF COURT'S, 09/22/03, TRIAL PREPARATION ORDER

Now come the plaintiff, Anthony Oliphant, in the above-entitled action to hereby move this Honorable Court for an enlargement of time inorder to timely file Section-A of this court's prior, 09/22/03, Trial Preparation Order [Doc.#136] as is now required. With the plaintiff hereby bringing this motion pursuant to Rule 6(b) of the Fed.R.Civ.P. and Local Rule 9(b) for good cause. Due to the plaintiff being Pro-Se and unlettered in the law and thereby unable to do time limitation already set to file section-A of this court's prior, 09/22/03, Trial Preparation Order. With the plaintiff thereby requesting up until October 25th to file section-A of this court's prior (09/22/03) Trial Preparation Order in this matter, again, due to plaintiff being Pro-Se and un-lettered in the law. Also, with plaintiff having not conferred with the defendant's attorney about this request

Wherefore, the plaintiff respectfully request that this motion be granted for good cause  in the interest of justice, as now required.

1

RESPECTFULLY SUBMITTED

BY: _Anthony Oliphant_

Anthony Oliphant, Plaintiff/Pro-Se

130 Cherry Ann Street, #3

Hamden, CT. 06514


### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S.

Postage prepaid, this 15th day of October, 2003, to:


Ann E. Lynch,
Assistant Attorney General

110 Sherman Street

Hartford, CT. 06105


BY: _Anthony Oliphant_

Anthony Oliphant, Plaintiff/Pro-Se