## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANTHONY OLIPHANT ET AL.  :  NO: 3:02CV947(PCD)(JGM)
*PLAINTIFF*  :
  :
V.  :
  :
JOHN ARMSTRONG ET AL.,  :
*DEFENDANTS*  :  OCTOBER 24, 2003

### REPLY MEMORANDUM
### IN SUPPORT OF MOTION TO DISMISS

Defendants attempted since October 9, 2002, to take plaintiff's deposition. To no avail. Plaintiff's conduct was so abysmal that this court assessed sanctions against plaintiff in the amount of $991.40.

Defendants recently moved to dismiss this matter because of plaintiff's failure to comply with the court's order. Plaintiff has filed an affidavit alleging that he is indigent. Plaintiff fails to specify and/or provide any proof as to what, if any attempts, he has made to obtain employment to pay the sanction. Plaintiff also fails to indicate and/or provide any proof as to whether he has applied for and/or receives any public assistance currently. In fact, plaintiff fails to provide any indication or proof as to how he is able to keep a current address,[1] prepare typewritten pleadings and memorandum to file with the court, or any information to the court as to how he is currently supporting himself.

Plaintiff provides no specifics, other than his bald faced conclusion that he is indigent. Quite simply, plaintiff has not provided any specific, compelling reason as to

---

[1] In fact, plaintiff appears to have two addresses. He obviously received the motion sent to the address defense counsel has on file as 278 Broad Street in Meriden Ct. In addition, plaintiff has listed as his return address on his most recent pleading as an address in Hamden Ct.

why this court should not dismiss this matter for his failure to comply with the court's June 2003 order.

Wherefore, all the foregoing reasons and those set forth in their October 2, 2003 motion and memorandum, this matter should be dismissed.

DEFENDANTS

JOHN ARMSTRONG ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fed Bar No. Ct. 08326

## **CERTIFICATION**

I hereby certify that a copy hereof was mailed on October 24, 2003, first class postage prepaid, to:

Anthony Oliphant
130 Cherry Ann Street
#3
Hamden Ct 06514

Anthony Oliphant
278 Broad Street
Hamden, Ct 06450

Ann E. Lynch
Assistant Attorney General