UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT

Anthony Oliphant : CIVIL NO.# 3:02 CV 947 (PCD)(JGM)
  PLAINTIFF :
:
VS. :
:
John Armstrong, et. al. :
  DEFENDANTS : October 24, 2003
:
:

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules §6(b),§7(b),§11(b) of the Fed.R.Civ.P. and Local Rule §9(a), the Plaintiff in the above-entitled action hereby moves this court for a second (2nd) enlargement of time in this matter of approximately twenty (20) days additional. Inorder for Plaintiff to retain the legal assistance of atty. Kevin C. McDonough, 19 Commerce Street, Clinton, CT. 06413-2054. Whom Plaintiff has spoken to by telephone today,10/24/03, (atty. Kevin C. McDonough) and who has agreed to represent Plaintiff in this matter capitulated upon Plaintiff being granted the now requested enlargement of time of twenty (20) days from present deadline of 10/25/03. Which Plaintiff request to now include uptil November 14th,2003, inorder to meet all deadlines and obligations of the court with the assistance of legal counsel pursuant to this court's recent, 10/17/03, ruling and order (Doc.#144 I believe?) entered in this matter.  Which has yet to be received by mail by the Plaintiff, but was received at

1

the U.S. District Court House in New Haven, CT. 06510, today (10/24/03) while on official business. With this being Plaintiff's 2nd request for an enlargement of time, for valid reasons as now being explained. Also, with Plaintiff yet to ascertan Defendants position on this motion and matter. (See Attached Exhibit-1)

Wherefore, Plaintiff respectfully request that this motion be granted inorder to afford Plaintiff an oppertunity to receive capitulated legal representation upon this motion being granted.

RESPECTFULLY SUBMITTED

BY: *Anthony Oliphant*

Anthony Oliphant, Plaintiff/Pro-Se
130 Cherry Ann Street,#3
Hamden, CT. 06514

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed , U.S. Postage prepaid, this 24th day of October, 2003, to:

a.)  Ann E. Lynch,
     assistant Attorney General
     110 sherman Street
     Hartford, CT.06105

b.)  Kevin C. McDonough,
     Attorney At Law
     19 Commerce Street
     Clinton, CT. 06413-2054

BY: _____
Anthony Oliphant, Plaintiff/Pro-Se

Anthony Oliphant
130 Cherry Ann St. #3
Hamden, CT. 06514

3:02CV947
(PCD)

9 pages 50¢ each
450

```
RECEIPT FOR PAYMENT
DISTRICT COURT OF
CONNECTICUT
NEW HAVEN DIVISION

                          NH159784
RECEIVED FROM:
OLIPHANT, ANTHONY
130 CHERRY ANN STREET
#3
HAMDEN, CT 06514

Case Number: 3:02CV947
-----------------------------
F/W/B/D:
Party ID:
Tender Type:         CASH
04-322358            $4.50
Copy Fees            $4.50
Remarks:
-----------------------------
Subtotal:            $4.50
=============================
Receipt Total:       $4.50

* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:    10/24/03
Clerk:
-----------
MBS
```