UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT

Anthony Oliphant : CIVIL NO. # 3:02 CV 947 (PCD)(JGM)
   PLAINTIFF :
 :
VS. :
 :
John Armstrong, et. al. :
   DEFENDANTS : November 6, 2003

FILED 2003 NOV 10 P 3: 15 US DISTRICT COURT BRIDGEPORT CT

### PLAINTIFF'S REPLY TO ORDER TO SHOW CAUSE

Now comes the Plaintiff, Anthony Oliphant, in the above-entitled action pursuant to this court's prior ,10/17/03, ruling and order [doc.#146] mandating Plaintiff to show cause why this case should not be dismissed or why Plaintiff should not be precluded from precluded from pursuing in this action all claims relating to questions Plaintiff failed to answer at February 13, 2003 deposition. With Plaintiff relying on accompanyiny memorandum of law insupport of this motion, along with Plaintiff's prior,11/17/02, Declaration/Affidavit Of Facts,attached thereto.

RESPECTFULLY SUBMITTED,

BY: _____
Anthony Oliphant, Plaintiff/Pro-Se
130 Cherry Ann Street, #3
Hamden, CT. 06514

1

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Postage prepaid, this 6th day of November, 2003, to:

a.)  Ann E. Lynch,
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT. 06105

b.)  Kevin C. McDonough,
     Attorney At Law
     19 Commerce Street
     Clinton, CT. 06413-2054

BY: _____
     Anthony Oliphant, Plaintiff/Pro-Se