148

UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT

FILED

2003 OCT 28  P 4: 43

US

Anthony Oliphant          :   CIVIL NO.# 3:02 CV 947 (PCD)(JGM)
   PLAINTIFF               :
                           :
VS.                        :
                           :
John Armstrong, et. al.    :
   DEFENDANTS              :   October 24,2003
                           :
                           :

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules §6(b),§7(b),§11(b) of the Fed.R.Civ.P. and

Local Rule §9(a), the Plaintiff in the above-entitled action

hereby moves this court for a second (2nd) enlargement of time

in this matter of approximately twenty (20) days additional.

Inorder for Plaintiff to retain the legal assistance of atty.

Kevin C. McDonough, 19 Commerce Street, Clinton, CT. 06413-2054.

Whom Plaintiff has spoken to by telephone today,10/24/03, (atty.

Kevin C. McDonough) and who has agreed to represent Plaintiff

in this matter capitulated upon Plaintiff being granted the now

requested enlargement of time of twenty (20) days from present

deadline of 10/25/03. Which Plaintiff request to now include

uptil November 14th,2003, inorder to meet all deadlines and

obligations of the court with the assistance of legal counsel

pursuant to this court's recent, 10/17/03, ruling and order

(Doc.#144 I believe?) entered in this matter.  Which has yet

to be received by mail by the Plaintiff, but was received at

FILED

11/12/03 - Granted to 11/14/03.    J.S.R.

1