UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT

FILED
Nov 10  3 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

Anthony Oliphant
  PLAINTIFF

      :   CIVIL NO.# 3:02 CV 947 (PCD)(JGM)

VS.

John Armstrong, et. al.
  DEFENDANTS

      :   November 1, 2003

## MOTION FOR SUBSTITUTION OF LEGAL COUNSEL

Pursuant to Rule §7(b) of the Fed.R.Civ.P. and Local Rule §9(a) the Plaintiff, Anthony Oliphant, in the above-entitled action now hereby moves this Honorable Court for an order granting the substitution of Pro-Se counsel in this matter for that of atty. Kevin C. McDouough, 19 Commerce Street, Clinton, CT. 06413-2054. Who has agreed to represent Plaintiff in this matter now before the court, as represented by the signitures below:

RESPECTFULLY SUBMITTED,

a.)   BY: _____
       Kevin C. McDonough, Attorney At Law  FED. BAR #
       19 Commerce Street                    CT 11954
       Clinton, CT. 06413-2054

b.)   BY: _____
       Anthony Oliphant, Plaintiff/Pro-Se
       130 Cherry Ann Street, #3
       Hamden, CT. 06514

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Postage prepaid, this 3rd day of November, 2003, to:

a)  Ann E. Lynch,
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT. 06105

b.) Anthony Oliphant,
    Plaintiff/ Pro-Se
    130 Cherry Ann Street, #3
    Hamden, CT. 06514

BY: _____
    Kevin C. McDonough, Attorney At Law