UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY OLIPHANT | : |
| v. | : PRISONER |
|  | : CASE NO. 3:02CV947 (PCD)(JGM) |
| JOHN ARMSTRONG, et al. | : |

## RULING AND ORDER

Plaintiff and Attorney Kevin C. McDonough have filed a motion asking that Attorney McDonough be permitted to be substituted as counsel for plaintiff. The motion **[dkt. # 152]** is **GRANTED**. Attorney McDonough is directed to file, within **ten (10)** days from the date of this order, his appearance and any supplemental response to the court's order that plaintiff show cause why this case should not be dismissed or why plaintiff should not be precluded from pursuing in this action all claims relating to questions he failed to answer at the February 13, 2003 deposition.

In addition, plaintiff's motion for extension of time to file his portion of the court's pretrial order **[dkt. #145]** is **DENIED** as moot. The court will reset the deadlines after defendants' motion to dismiss has been resolved.

**SO ORDERED** this 13th day of May, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE