UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 11 P 3: 12
U.S. DISTRICT COURT
BRIDGEPORT CONN

ANTHONY OLIPHANT            :
                            :        PRISONER
   v.                       :   Case No. 3:02cv947(PCD)(JGM)
                            :
JOHN ARMSTRONG, et al.      :

**ORDER OF DISMISSAL**

On October 20, 2003, the court denied defendants' motion to dismiss this action for failure to cooperate in discovery and cautioned plaintiff that the case could be dismissed if he failed to demonstrate good cause to justify his actions.[1] After reviewing the record,

> including all materials relating to the ineffective deposition, the court conclude[d] that plaintiff has consistently thwarted defendants' attempts to clarify the issues contained in this case. He has failed to attend scheduled depositions, refused to answer questions even after being instructed by the court to do so, asserted baseless objections to the deposition and repeatedly asserted th[o]se objections even after the court ha[d] ruled them meritless.

(See Doc. #146 at 7.)

Thus, the court ordered plaintiff to show cause why this case should not be dismissed for his continued obstruction of defendants' attempts to conduct discovery and litigate this case

---

[1] A detailed summary of plaintiff's failure to cooperate with discovery is included in the prior ruling and will not be repeated here.

in a timely manner.

Plaintiff responded to the order on November 10, 2003. In his response, however, he included the same arguments the court previously had rejected as baseless.

That same day, plaintiff and Attorney Kevin C. McDonough filed a motion to have Attorney McDonough substituted as counsel for plaintiff. Leave of court for substitution of counsel is not required for counsel to appear for an unrepresented plaintiff. Attorney McDonough did not file an appearance with the motion or at any time thereafter. Although the court ordered counsel to file an appearance on or before May 22, 2004, he has not done so and has not contacted the court in response to the order.

Neither plaintiff nor his purported attorney has shown cause why this case should not be dismissed. Accordingly, defendants' motion to dismiss [**doc. #154**] is **GRANTED**. The Clerk is directed to enter judgment in favor of defendants and close this case.

**SO ORDERED** in New Haven, Connecticut, this 31st day of July, 2004.

_____
Peter C. Dorsey
United States District Judge