UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY WAYNE OLIPHANT
CARNELL HUNNICUTT

          v.

PRISONER
CASE NO.   3:02CV947 (PCD)(JGM)

JOHN J. ARMSTRONG
LARRY MYERS
THOMAS COATES
CHRISTINE WHIDDEN
MICHAEL LAJOIE
WILLIAM FANEUFF
MAURICE BUTLER
KIM WEIR
PATRICIA WOLLENHAUPT
SAUNDRA KATZ-FEINBERG
PAUL CHAPLAIN
TOM LATIER
IRENE WOOVEN
KEVIN POWER
PETER MATOS
JACK TOKARZ

## JUDGMENT

      This cause came on for consideration, before the Honorable Peter C. Dorsey, United States District Judge, of the defendants' Motion to Strike or Dismiss and the court's order that plaintiff Oliphant show cause why this case should not be dismissed for his repeated failure to participate and cooperate in discovery.

      On April 2, 2003, the court severed all claims asserted by plaintiff Hunnicutt and terminated his participation in this action.  On August 11, 2004, the

court filed its Ruling and Order granting defendants' motion and dismissing this case.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the action is dismissed and the case is closed.

Dated at Bridgeport, Connecticut this 12th day of August, 2004.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____