UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT

FILED
2004 AUG 24 P 4: 13
U.S. DISTRICT COURT

Anthony Oliphant : CIVIL NO.# 3:02 CV 947 (PCD)(JGM)
  PLAINTIFF :
:
VS. :
:
John Armstrong, et. al. :
  DEFENDANTS : DATE: August 23, 2004
:

## MOTION FOR RECONSIDERATION/REMEDY/RELIEF/AND APPOINTMENT OF LEGAL COUNCIL

Now comes the Plaintiff, Anthony Oliphant, in the above-entitled action pursuant to Local Rules §9 and §9(e), and §29(b). Plus, Rules §59(e) and §60(b) of the Fed.R.Civ. P. inorder to timely request reconsideration, remedy, and relief, and the now necessary appointment of council to the plaintiff. Due to fraud upon the court by attorney, Kevin C. McDonough, for the plaintiff. With the plaintiff now relying on the accompanying memorandum of law in support of this motion.

RESPECTFULLY SUBMITTED,

BY: *Anthony W. Oliphant*

Anthony W. Oliphant, Plaintiff
130 Cherry Ann Street, #3
Hamden, CT. 06514

Oral Arguments Not Requested/
Oral Testimony Not Required.

1

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Postage, prepaid, this 23rd day of August, 2004, to:

Ann E. Lynch,
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Kevin C. McDonough, Attorney
19 Commerce Street
Clinton, CT. 06413-2054

BY: _____
Anthony W. Oliphant, Plaintiff