UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT



FILED
2004 AUG 24 P 4: 13
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Oliphant<br>    PLAINTIFF | CIVIL NO.# 3:02 CV 947 (PCD)(JGM) |
| VS. | |
| John Armstrong, et. al.<br>    DEFENDANTS | Date:  August 23,2004 |

## MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION /REMEDY/RELIEF/AND APPOINTMENT OF LEGAL COUNCIL

**BACKGROUND:** Previously, on approximately November 1,2003, the plaintiff in the above-entitled action filed motion entitled: "Motion For Substitution Of Legal Council". Which this Honorable court had latter granted atty. Kevin C. McDonough permission to represent the plaintiff in this matter. For the following grounds by numbered paragraphs the plaintiff hereby request reconsideration, remedy, relief, and appointment of legal council from this court's recent Judgement,August 12th,2004, that dismissed this civil action wrongfully, Because:

    1.)  Atty. Kevin C. McDonough has egregiously failed to take anytype of appropriate action in this matter that could be viwed as protecting the plaintiff and the plaintiff's rights at all times as the plaintiff's attorney.

    2.)  Both the state of California and Connecticut have begun both Bar-Dicipline and Disbarment proceedings against atty. Kevin _

1

C. McDonough prior to August 11,2004.  (See Attached 2-page exhibit.)

3.) Atty. Kevin C. McDonough has <u>never</u> made this information known to either the plaintiff or this Honorable Court as required, as atty. McDonough's judicial duty.

4.) Atty. Kevin C. McDonough has still yet to contact the plaintiff about this matter, or either this court's recent,8/11/04, ruling dismissing plaintiff's petition for relief.

5.) The plaintiff is currently indigent and unable to hire or either able to afford to hire an attorney to represent him.

### CONCLUSION

**Wherefore**, the plaintiff respectfully moves this court for an order granting reconsideration, remedy, relief, and the now necessary appointment of legal council to the plaintiff, from the court's 8/12/04 ruling and order dismissing this matter wrongfully. Due to fraud on the plaintiff and this Honorable Court, by atty.- Kevin C. McDonough.

RESPECTFULLY SUBMITTED,

BY: _/s/ Anthony W. Oliphant_

Anthony W. Oliphant, Plaintiff
130 Cherry Ann Street, #3
Hamden, CT. 06514

2

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Postage, prepaid, this 23rd day of August, 2004, to:

>Ann E. Lynch,
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT. 06105

>Kevin C. McDonough, Attorney
>19 Commerce Street
>Clinton, CT. 06413-2054

BY: _____
Anthony W. Oliphant, Plaintiff



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notic   Case Look-up

**Screen Section Help:** Detail Party Motions

# Case Detail

**Data Updated as of: 8/20/2004**

| Plaintiff Name | VS | Defendant Name |
|---|---|---|
| CHIEF DISCIPLINARY | v. | MCDONOUGH, KEVIN C. |

| | |
|---|---|
| **Docket Number:** CV-04-4000440-S | **Court Location:** Middletown |
| **File Date:** Aug 11 2004 | **Return Date:** Aug 11 2004 |
| **\* Last Action Date:** Aug 12 2004 | **ADR Status:** Not Applicable |
| **Case Type:** MISC - BAR DISCIPLINE - DISBARMENT | |

| | |
|---|---|
| **List Type:** | |
| **Disposition Date:** | |
| **Judge/Magistrate:** | **Trial List Claim:** |
| **Disposition:** | |

\* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| CHIEF DISCIPILINARY COUNSEL | 01 | P | | |
| Attorney: OFFICE OF CHIEF DISCIPLINARY COUNSE (Juris No. 422382)  80 WASHINGTON ST  HARTFORD , CT 06106 | | | | |
| KEVIN C. MCDONOUGH | 50 | D | | Y |

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Argu able | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Aug 11 2004 | MOTION-SEE FILE | P | No | Ordered | Aug 12 2004 | Hon. JULIA AURIGEMMA |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | Civil/Family Case Disclaimer

Copyright © 2004, State of Connecticut Judicial Branch

> [x] The Hartford Courant News Library

All content in The Hartford Courant Archives is copyrighted and may not be republished or distributed without permission.
Please send your questions and comments to: archive@courant.com

Your search for **mcdonough suspended license AND date(last 30 days)** returned 2 articles out of 2 found.

If this is too many articles to browse, try to narrow your search by using more specific key words.

    mcdonough suspended license AND date(last 30 days)
        Search | Reset
    Archives Home | Help | ctnow.com

## CALIFORNIA SUSPENDS LAWYER'S LICENSE

*Published on August 13, 2004, Article 1 of 2 found.*

A Connecticut lawyer who also practices in California has had his license suspended for six months by the California Supreme Court.

The California court in June suspended Clinton lawyer Kevin C. McDonough's license for three years. But it stayed that penalty after six months, gave McDonough three years' probation and required him to obtain more education on ethics and the law.

The sanctions were imposed after McDonough continued to practice law in 1999 and 2000 while his

View Article | Archives Home | Help | ctnow.com

## CALIFORNIA COURT SUSPENDS CLINTON LAWYER'S LICENSE FOR 6 MONTHS

*Published on August 13, 2004, Article 2 of 2 found.*

A Connecticut lawyer who also practices in California has had his license suspended for six months by the California Supreme Court.

The California court in June suspended Clinton lawyer Kevin C. McDonough's license for three years. But it stayed that penalty after six months, gave McDonough three years' probation and required him to obtain more education on ethics and the law.