UNITED STATES DISTRICT COURT
DISTRICT FOR CONNECTICUT


FILED
2004 SEP 10 P 12: 18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Anthony Oliphant
PLAINTIFF

VS.

DEFENDANTS

CIVIL NO.# 3:02CV947(PCD)(JGM)

Date: September 5, 2004

### PLAINTIFF'S REBUTTAL AND OPPOSITION TO DEFENDANT MOTION IN OPPOSITION TO MOTION FOR RECONSIDERATION

Now comes the plaintiff in the above-entitled action pursuant to Connecticut Local Rule §9(a) and Rules §7(b), §11(b), and §60(b) of the Fed. R. Civ. P. inorder to move this Honorable Court for an Order granting Reconsideration, Remedy, Relief, and the necessary appointment of Legal Counsel to Plaintiff. Due to plaintiff's current attorney, Kevin C. McDonough, taking no type of appropriate action to protect the PLAINTIFF. As a result of pending Bar-Dicipline proceedings against atty. McDonough by both the State of California and Connecticut, as previously brought to the court's attention by the plaintiff. With plaintiff now relying on attach memorandum in support of this motion.

RESPECTFULLY SUBMITTED
BY: _____
Anthony W. Oliphant, Plaintiff
130 Cherry Ann Street, #3
Hamden, CT. 06514

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S. Postagr prepaid, this 5th day of September, 2004, to:

a) Ann E. Lynch,
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT. 06105

        b.)  Kevin C. McDonough,
             Attorney AT Law
             19 Commerce Street
             Clinton, CT 06413--2054

BY: _____
      Anthony W. Oliphant, Plaintiff