FILED
2005 NOV -9 P 12: 52
U.S. DISTRICT COURT
BRIDGEPORT. CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Anthony W. Oliphant,  :   Case No.# 3:02cv947 (PCD)(JGM)
   PLAINTIFF  :
  :
VS.  :
  :
John Armstrong, et. al.  :   DATE:  November 4, 2005
   DEFENDANT  :
  :

### MOTION FOR REMEDY AND RELIEF

Now comes the Plaintiff, Anthony W. Oliphant, in the above-entitled action to now hereby move this Honorable court for an Order of remedy and relief from this court's prior rulings [doc. #130 and doc.#146] that ordered Plaintiff to pay Defendant(s) the financial amount of $991.40 within thirty (30) days or either having this matter dismissed. Dispite this matter being filed origionally as Prisoner Litigation, when Plaintiff was incarcerated in 2002, and subjected to the Prisoner Litigation Reform Act (PLRA). Plus, filed while Plaintiff being indigent in Forma - Pauperis (IFP), un-employeed and without financial funds following and upon Plaintiff initiating this civil action. Which Plaintiff now relys on attached memorandum of law in support of this motion.

RESPECTFULLY SUBMITTED,

BY: _____

Anthony W, Oliphant, Plaintiff/Pro-Se
130 cherry Ann Street, #3
Hamden, CT. 06514
Phone: (203) 809-0464

1

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, this 5th day of November, 2005 to:

a) Ann E. Lynch,
   Assistant Attorney General
   110 Sherman Street
   Hartford, CT. 06105

b) Sigmond J. Roos,
   Attorney (Fed) case#
   3:04CV00523 (SRU)
   Block & Roos, P.C.
   60 State Street,
   Suite #3800
   Boston, MA. 02109

c) Daniel P. Murphy
   Siegel, O'Connor, Zangari,
   O'Donnell & Beck, P.C.
   150 Trumbull Street
   Hartford, CT. 06103

d) Raymond J. Rigat,
   Attorney (fed) case #
   3:04CV00523 (SRU)
   23 East main Street
   Clinton, CT. 06413

BY: _____
    Anthony W. Oliphant, Plaintiff/Pro-Se