UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ANTHONY W. OLIPHANT | : | PRISONER<br>CIVIL NO. 3:02CV947(PCD)(JGM) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 14, 2005 |

## OBJECTION TO MOTION FOR REMEDY AND RELIEF

The defendants John Armstrong, Et Al., respectfully object to the motion for remedy and relief. Judgment was entered in this case in August 2004. Plaintiff has not moved within the applicable time period to set aside the judgment nor has he purged the sanction assessed against him. Accordingly, plaintiff's motion is untimely, improper, without any legal foundation and therefore should be denied.

DEFENDANTS
John Armstrong, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   \_\_/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08326
E-Mail: ann.lynch@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of November, 2005:

Anthony W. Oliphant
130 Cherry Ann Street, #3
Hamden, CT 06514

Sigmond J. Roos
Block & Roos, P.C.
60 State Street
Suite #3800
Boston, MA 02109

Daniel P. Murphy
Siegel, O'Connor, Zangari,
O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103

Raymond J. Rigat
23 East Main Street
Clinton, CT 06413

    /s/_____
Ann E. Lynch
Assistant Attorney General