UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAR 14 P 3: 11

Anthony W. Oliphant,
    **PLAINTIFF**

VS.

John Armstrong, et. al.
    **DEFENDANTS**

CASE No. # 3:02CV947 (PCD)(JGM)

DATE: March 12, 2006

### Plaintiff's 3rd MOTION FOR RECONSIDERATION HAVING PAID (3/12/06) COURT ORDERED SANCTIONS

Pursuant to Connecticut Local Rule §16(g), the plaintiff hereby gives timely notice to all parties involved that the financial amount of $991.40 has been paid to the Defendant's attorney, AAG-Ann E. Lynch, by two (2) moneyorders, dated: 3/11/06, as are attached as exhibits. Threreby, which the plaintiff now request that all sanctions associated with this civil action and Connecticut Local Rule (Federal) ¶16(g) be immediately removed in the interest of justice

RESPECTFULLY SUBMITTED,

BY: _Anthony W. Oliphant_

Anthony W. Oliphant, Plaintiff/Pro-Se
130 cherry Ann Street, #3
Hamden, CT. 06514





## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S. Postage, prepaid, this 12th day of March, 2006, to:

>    Ann E. Lynch, Assistant Attorney General
>    110 Sherman Street
>    Hatrford, CT. 06105
>    Phone: (860) 808-5450

BY: _____
      Anthony W. Oliphant, Plaintiff/Pro-Se