UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY OLIPHANT | : |
| | :   PRISONER |
| v. | :   Case No. 3:02cv947(PCD)(JGM) |
| | : |
| JOHN ARMSTRONG, et al. | : |

**RULING AND ORDER**

On August 11, 2004, the court dismissed this case because plaintiff failed to demonstrate good cause excusing his continued obstruction of defendants' attempts to conduct discovery and litigate this case in a timely manner. (See Doc. #156.)

Plaintiff now seeks reconsideration of the dismissal on the ground that he has paid sanctions imposed in this case. Because this case was not dismissed for failure to pay the sanctions, plaintiff's motion for reconsideration of the dismissal [**doc. #165**] is **DENIED**.

**SO ORDERED** in New Haven, Connecticut, this __22nd__ day of March, 2006.

/s/
Peter C. Dorsey
United States District Judge