UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY OLIPHANT, ET AL. | : | PRISONER<br>CIVIL NO. 3:02CV947(PCD)(JGM) |
| *Plaintiff* | | |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 22, 2006 |
| *Defendants.* | | |

## RECEIPT OF SANCTION PAYMENT

The defendants, by and through their undersigned counsel, hereby advise the court that they received two money orders from plaintiff, Anthony Oliphant totaling $991.40, the week of March 13, 2006.

                DEFENDANTS
                John Armstrong, Et Al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:   /s/_____
       Ann E. Lynch
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct08326
       E-Mail: ann.lynch@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of March, 2006:

Anthony Oliphant
130 Cherry Ann Street, #3
Hamden, CT 06514

    /s/_____
Ann E. Lynch
Assistant Attorney General